# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MIKE OWENS, | Case No. 5:25-cv-00177-DAP |
| Plaintiff, | Judge Dan Aaron Polster |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| HANGER, INC., et al., | |
| Defendants. | |

Pursuant to FRCP 41(a)(1)(A)(1), Plaintiff respectfully dismisses the instant action without prejudice.

Respectfully submitted,

**KISLING, NESTICO, & REDICK, LLC**

*/s/ Michael J. Maillis*
Michael J. Maillis (0065472)
22 E. McKinley Avenue
Poland, OH  44514
Ph: 330-869-9007 / Fax: 330-869-9008
Email:  mmaillis@knrlegal.com

*/s/ Cynthia Caster*
Cynthia Caster (0067389)

*/s/ Christopher J. Van Blargan*
Christopher Van Blargan (0047253)
3412 W. Market St.
Fairlawn, OH  44333
Ph: 330-869-9007 / Fax: 330-869-9008
Email: ccaster@knrlegal.com
           cvanblargan@knrlegal.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I served the forgoing document via email on all counsel of record.

                                              */s/ Christopher J. Van Blargan*
                                              Christopher Van Blargan (0066077)
                                              One of the attorneys for Plaintiff